FILED

12/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0694

Pamela D. Bucy
Chief Disciplinary Counsel
P.O. Box 1099
Helena, Montana 59624
Tel.: (406) 442-1648
pbucy@montanaodc.org

Office of Disciplinary Counsel

BEFORE THE COMMISSION ON PRACTICE OF THE

SUPREME COURT OF THE STATE OF MONTANA

* * * * * * * * * * * *

| | |
|---|---|
| IN THE MATTER OF GARRY D. SEAMAN, | ) Supreme Court Cause No. PR 23-0694 |
| A Suspended Attorney, | ) ODC File No. 22-133 |
| Respondent. | ) **COMPLAINT** |

The Office of Disciplinary Counsel for the State of Montana ("ODC"), hereby charges Garry D. Seaman with professional misconduct as follows:

1. Garry D. Seaman, hereinafter referred to as Respondent, was admitted to the practice of law in the State of Montana in 1986, at which time Respondent took the oath required for admission, wherein they agreed to abide by the Rules of Professional Conduct, the Disciplinary Rules adopted by the Supreme Court, and the highest standards of honesty, justice and morality, including but not limited to, those outlined in parts 3 and 4 of Chapter 61, Title 37, Montana Code Annotated.

*Complaint* - Page 1

2. The Montana Supreme Court has approved and adopted the Montana Rules of Professional Conduct ("MRPC"), governing the ethical conduct of attorneys licensed to practice in the State of Montana, which Rules were in effect at all times mentioned in this Complaint.

3. On May 31, 2022, Respondent was charged by Information with Deliberate Homicide, a felony, in violation of §45-5-102, MCA, (Count I); Attempted Deliberate Homicide, a felony, in violation of §45-4-103/45-5-102, MCA, (Count II); and Tampering with or Fabricating Physical Evidence, a felony, in violation of §45-7-207, MCA, (Count III). The Information alleged that on or about May 21, 2022, Respondent purposely or knowingly caused the death of another human being and shot another human being multiple times with a shotgun at close range with the purpose to commit the offense of Deliberate Homicide. Respondent also disabled the OnStar tracking system in his vehicle with the purpose to impair its verity or availability in the investigation.

4. On August 21, 2023, Respondent pled guilty to Count I, Deliberate Homicide, and Count II, Attempted Deliberate Homicide.

5. On October 5, 2023, Respondent was sentenced to the Montana State Prison for sixty (60) years on Count I and sixty (60) years on Count II, to run concurrently.

//

6. By Order filed December 19, 2023, the Montana Supreme Court, pursuant to Rule 23B, Rules for Lawyer Disciplinary Enforcement ("RLDE"), determined that the criminal offenses of which Respondent has been convicted affects the Respondent's ability to practice law, suspended Respondent from the practice of law pending disposition of disciplinary proceedings, and directed ODC to file a complaint against Respondent predicated upon his criminal conviction.

7. Pursuant to Rule 8A(3), RLDE, conduct which results in conviction of a criminal offense is a ground for discipline.

8. Pursuant to Rule 8.4(b), MRPC, it is professional misconduct for a lawyer to "commit a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects[.]"

9. Pursuant to Rule 23C, RLDE, the sole issue to be determined in the formal disciplinary proceedings herein "shall be the extent of the final discipline to be imposed."

WHEREFORE, the Office of Disciplinary Counsel prays:

1. That a Citation be issued to the Respondent, to which shall be attached a copy of the complaint, requiring Respondent, within twenty-one (21) days after service thereof, to file a written answer to the Complaint;

2. That a formal hearing be had on the allegations of this Complaint before an Adjudicatory Panel of the Commission;

*Complaint* - Page 3

3. That the Adjudicatory Panel of the Commission make a report of its findings and recommendations after a formal hearing to the Montana Supreme Court, and, in the event the Adjudicatory Panel finds the facts warrant disciplinary action and recommends discipline, that the Commission also recommend the nature and extent of appropriate disciplinary action, including an award of costs and expenses incurred in investigating and prosecuting this matter; and,

4. For such other and further relief as deemed necessary and proper.

DATED this 22nd day of December, 2023.

OFFICE OF DISCIPLINARY COUNSEL

By: _____
Pamela D. Bucy
Chief Disciplinary Counsel

**CERTIFICATE OF SERVICE**

I, Pamela D. Bucy, hereby certify that I have served true and accurate copies of the foregoing Complaint - Formal Complaint and Citation to Appear to the following on 12-22-2023:

Shelly Smith (Court Reporter)
Office Administrator
Supreme Court Boards and Commissions
P.O. Box 203002
301 S. Park Ave., Ste. 328
Helena MT 59624
Service Method: eService
E-mail Address: shellysmith@mt.gov

Electronically signed by Shelby Streib on behalf of Pamela D. Bucy
Dated: 12-22-2023